IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GOMEZ,

    Plaintiff,                                CV F 06 0244 AWI WMW   P

  vs.                                             ORDER

WARDEN MALFI, et al.,

    Defendants.

On September 6, 2006, an order was entered, dismissing the complaint and granting Plaintiff leave to file an amended complaint.  Plaintiff was directed to file the amended complaint within thirty days.  Plaintiff failed to file an amended complaint within the allotted time, and the court entered a recommendation of dismissal on October 12, 2006.  On October 16, 2006, Plaintiff lodged with the court an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The October 12, 2006, recommendation of dismissal is vacated.

2. The Clerk's Office is directed to file the amended complaint lodged with the court on October 16, 2006.

IT IS SO ORDERED.

**Dated:      October 18, 2006**          /s/  **William M. Wunderlich**
mmkd34                                    UNITED STATES MAGISTRATE JUDGE