IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GOMEZ, | |
|     Plaintiff, | 1: 06 CV 00244 AWI YNP SMS (PC) |
| vs. | ORDER VACATING FINDINGS AND RECOMMENDATIONS (DOC 14) |
| A. MALFI, et al., | |
|     Defendants. | |

On May 20, 2009, an order was entered, dismissing the First Amended Complaint and granting Plaintiff leave to file a Second Amended Complaint. Plaintiff failed to do so, and on June 23, 2009, a recommendation of dismissal was entered. On June 26, 2009, an order was entered, granting Plaintiff's motion for extension of time. On July 6, 2009, Plaintiff filed a Second Amended Complaint, along with objections to the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that the June 23, 2009, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   August 10, 2009**                    /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE